940

October 20, 1972.

M. P. No. 1830. MERLINO ENTERPRISES, INCORPORATED *v.* LOUIS FENLON *et al. Individually and as Members of Town Council of Town of Charlestown.* Motion for leave to file petition for writ of certiorari granted. *John F. Lallo,* for petitioner. *James O. Watts,* for respondents.

M. P. No. 1845. STATE *v.* RONALD H. SWEET, JR. *et al.* Petition to be allowed to file a bill of exceptions out of time is denied. *Richard J. Israel,* Attorney General, *Alexander G. Teitz,* Asst. Attorney General, for plaintiff-respondent. *Joseph L. DeCaporale, Jr.,* Asst. Public Defender, *John F. Sheehan,* for defendants-petitioners.

M. P. No. 1846. VENTURA PATALANO *v.* ZONING BOARD OF REVIEW OF EAST PROVIDENCE *et al.* Representation having been made to the court that construction has been commenced by the respondents Ascio DeAndrade and Beatrice DeAndrade pending the determination of the petition for certiorari and, in view of respondents' failure to file a memorandum in opposition pursuant to court rules, petition for certiorari granted the writ to issue forthwith.

Motion presented by the petitioner's counsel for a stay of the order of the zoning board is denied without prejudice. *Taft & McSally, Richard R. DelSesto,* for petitioner.

M. P. No. 1867. BEVERLY SILVIA *v.* ANTONE SILVIA. Motion of respondent for leave to file petition for writ of certiorari granted, the writ to issue forthwith.

Motion for a stay granted, the execution of interlocutory decree entered in the Family Court on July 3, 1972 is stayed. *Edmond A. Di Sandro,* for defendant-petitioner.